# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adrienne Lynnette Wilson<br>Debtor | BK NO. 16-00322 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of JP Morgan Chase Bank, N.A. and index same on the master mailing list.

Re: Loan # Ending In: 4986

                                    Respectfully submitted,

                                **/s/ Joshua I. Goldman , Esquire**
                                Joshua I. Goldman, Esquire
                                Thomas Puleo, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406
                                Attorney for Movant/Applicant