# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Adrienne Lynnette Wilson          Chapter: 13

Case number: 1:16-bk-00322

Debtor(s)

## Notice to Creditors and Other Parties in Interest

An Amended Plan has been filed by the Debtor(s).

**10/28/2016** is the deadline for filing objections to confirmation of the **first** Amended Plan.

The confirmation hearing has been rescheduled for the Debtor(s) on the date indicated below:

United States Bankruptcy Court      Date: 11/2/2016
Ronald Reagan Federal Building
Bankruptcy Courtroom (3rd Floor)      Time: 10:00 am
Third & Walnut Streets
Harrisburg PA 17101

Any objection/response to the above referenced matter must be filed and served on or before **10/28/2016**. . Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise.

Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time. Please note that evidentiary hearings will be held at the time of the confirmation hearing.

Date: September 27, 2016

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg PA 17101
(717)232-6650 TEL
(717)232-0477 FAX
kgendron.mottandgendronlaw@gmail.com