IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ADRIENNE LYNNETTE WILSON | : | |
| | : | CASE NO. 1:16-bk-00322 |
| Debtor | : | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | |
| Movant | : | |
| | : | |
| ADRIENNE LYNNETTE WILSON | : | |
| | : | |
| Respondent | : | |
| | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. There is no contract attached as an Exhibit and therefore this paragraph is denied.

4. Admitted.

5. Admitted that the debtor mistakenly did not make car payments but now understands that she must do so. She intends to cure the arrearages within a reasonable time.

6. Admitted that the debtor is approximately that far behind.

7. Denied. The Debtor intends to cure the arrearages within a reasonable time.

8. This paragraph is a conclusion of law to which no answer is necessary; to the extent that an answer is deemed necessary, it is denied.

   WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
kgendron.mottandgendronlaw@gmail.com