IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ADRIENNE LYNNETTE WILSON :
: CASE NO. 1:16-bk-00322

Debtor(s)

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw the Application for payment of administrative expenses that was filed by Debtor's counsel on 9/20/16.

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID 87577
Dorothy L. Mott Law Office, LLC.
125 State Street
Harrisburg, PA 17101
karagendronecf@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX