# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Adrienne Lynnette Wilson**<br>　　　　　　　　**Debtor** | **BK NO. 16-00322 RNO** |
| **JPMorgan Chase Bank, N.A.**<br>　　　　　　　　**Moving Party**<br>　　vs. | **Chapter 13**<br><br>**Pleading: Motion for Relief** |
| **Adrienne Lynnette Wilson**<br>　　　　　　　　**Debtor** | |
| **Charles J. DeHart, III Esq.**, **(Trustee)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2)　If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3)　Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 16, 2016　　　　　　　**/s/ Thomas Puleo, Esquire**
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Moving Party
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.