```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-00322-RNO
Adrienne Lynnette Wilson                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: LyndseyPr    Page 1 of 1    Date Rcvd: Jan 04, 2017
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
db         +Adrienne Lynnette Wilson,   2421 Clayton Avenue,   Harrisburg, PA 17109-6043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor Adrienne Lynnette Wilson DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor   JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor Adrienne Lynnette Wilson karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Mario John Hanyon    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
          Thomas I Puleo    on behalf of Creditor   JP Morgan Chase Bank, N.A. tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                    TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **ADRIENNE LYNNETTE WILSON** | Chapter: 13 |
| Debtor(s) | Case Number: 1:16-bk-00322-RNO |
| **JP MORGAN CHASE BANK, N.A.** | Document No.: 33 |
| Movant(s) | Nature of Proceeding: **Motion for Relief from Stay** |
| vs. | |
| **ADRIENNE LYNNETTE WILSON** **CHARLES J. DEHART, III ESQ.** | |
| Respondent(s) | |

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated November 17, 2016, it is hereby

ORDERED that this matter is DISMISSED without prejudice.

By the Court,

*Robert N. Opel II* (signature)

Dated: January 4, 2017

Robert N. Opel, II, Chief Bankruptcy Judge

(DG)