## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **ADRIENNE LYNNETTE WILSON** | : | |
| | : | **CASE NO. 1:16-bk-00322** |
| Debtor | : | |
| | : | |
| **WELLS FARGO HOME MORTGAGE** | : | |
| Movant | : | |
| | : | |
| **ADRIENNE LYNNETTE WILSON** | : | |
| | : | |
| Respondent | : | |

### ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

3. Admitted.

4. Admitted.

5. Denied; debtor had some medical issues, including surgery but is now back to work and intends to cure the arrearages through an amended plan or a stipulation.

6. Admitted that the filing of a bankruptcy petition acts as a stay upon certain foreclosure actions.

7. Admitted that the debtor is behind; however, she intends to cure the arrearages through an amended plan or a stipulation and therefore the remainder of this paragraph is denied.

8. Denied. See response to paragraph 7.

9. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

10. This paragraph is a conclusion of law to which no answer is necessary; to the extent that an answer is deemed necessary, it is denied.

11. This paragraph is a conclusion of law to which no answer is necessary; to the extent that an answer is deemed necessary, it is denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com