LOCAL BANKRUPTCY FORM 9019-1

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| ADRIENNE LYNNETTE WILSON | : | BK. No. 1:16-bk-00322-RNO |
| Debtor | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, NA | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| ADRIENNE LYNNETTE WILSON | : | Name of Proceeding: Motion for Relief from The Automatic Stay |
| Respondent | : | |
| | : | Document # 52 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

 1. A settlement has been reached which will be reduced to writing, executed and filed within thirty (30) days.

 2. If a stipulation is not filed or a hearing requested within (please check one of the following):

   ☒ Thirty (30) days,

   ☐ Forty-five (45) days,

   ☐ Sixty (60) days,

   it is understood that this proceeding will be dismissed without prejudice.

 3. Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 14, 2017

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

\* No alterations or interlineations of this document are permitted.
**Revised** 12/8/2005

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| ADRIENNE LYNNETTE WILSON | : | BK. No. 1:16-bk-00322-RNO |
| Debtor | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, NA | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| ADRIENNE LYNNETTE WILSON | : | Name of Proceeding: Motion for |
| | : | Relief from The Automatic Stay |
| Respondent | : | |
| | | Document # 52 |

### CERTIFICATION OF SERVICE

**TO THE BANKRUPTCY COURT CLERK:**

Service upon the following persons was made by sending a true and correct copy of the Request to Remove from the Hearing/Trial List by first class mail or electronic means on the date listed below.

CHARLES J DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ADRIENNE WILSON
2421 CLAYTON AVENUE
HARRISBURG, PA 17109-6043

KARA KATHERINE GENDRON, ESQUIRE
125 STATE STREET
HARRISBURG, PA 17101

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17108

Dated: March 14, 2017

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com