```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-00322-RNO
Adrienne Lynnette Wilson                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr          Page 1 of 1             Date Rcvd: Mar 30, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db              +Adrienne Lynnette Wilson,    2421 Clayton Avenue,    Harrisburg, PA 17109-6043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor Adrienne Lynnette Wilson DorieMott@aol.com,
 KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
 .com
        Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
        Joshua I Goldman    on behalf of Creditor   JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
 bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor Adrienne Lynnette Wilson karagendronecf@gmail.com,
 doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        Mario John Hanyon    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
        Thomas Song    on behalf of Creditor   Wells Fargo Bank, NA thomas.song@phelanhallinan.com,
 tomysong@hotmail.com
        Thomas I Puleo    on behalf of Creditor   JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
 bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adrienne Lynnette Wilson <br> _Debtor_ | CHAPTER 13 |
| JPMorgan Chase Bank, N.A. <br> _Movant_ <br> vs. <br> Adrienne Lynnette Wilson <br> _Debtor_ | NO. 16-00322 RNO |
| Charles J. DeHart, III Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: March 30, 2017