```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 16-00322-RNO
Adrienne Lynnette Wilson                                          Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: LyndseyPr           Page 1 of 1            Date Rcvd: Apr 06, 2017
                            Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db              +Adrienne Lynnette Wilson,    2421 Clayton Avenue,    Harrisburg, PA 17109-6043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Adrienne Lynnette Wilson DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Adrienne Lynnette Wilson karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, NA thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Thomas I Puleo    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| ADRIENNE LYNNETTE WILSON | : | BK. No. 1:16-bk-00322-RNO |
| Debtor | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, NA | : | |
| Movant | : | |
| v. | : | |
| ADRIENNE LYNNETTE WILSON | : | |
| | : | 11 U.S.C. §362 |
| Respondent | : | |

## ORDER

Upon consideration of the Stipulation by and between Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, **WELLS FARGO BANK, NA**, and Kara Katherine Gendron, Esquire, counsel for the Debtor, settling the Motion for Relief from the Automatic Stay in hereby approved, shall be, and is hereby made an Order of this Court. A further Order of the Court shall be necessary to lift the Automatic Stay.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: April 6, 2017