In re:                                                                  Case No. 16-00322-RNO
Adrienne Lynnette Wilson                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: LyndseyPr    Page 1 of 1    Date Rcvd: May 01, 2017
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
db             +Adrienne Lynnette Wilson,    2421 Clayton Avenue,    Harrisburg, PA 17109-6043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor Adrienne Lynnette Wilson DorieMott@aol.com,
         KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
        Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
        Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor Adrienne Lynnette Wilson karagendronecf@gmail.com,
         doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
        Thomas Song    on behalf of Creditor    Wells Fargo Bank, NA thomas.song@phelanhallinan.com,
         tomysong@hotmail.com
        Thomas I Puleo    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                 TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ADRIENNE LYNNETTE WILSON :
: CASE NO. 1:16-bk-00322
:
Debtor :
:

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtor is granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: May 1, 2017

Case 1:16-bk-00322-RNO    Doc 68    Filed 05/03/17    Entered 05/04/17 01:04:09    Desc
Imaged Certificate of Notice    Page 2 of 2