UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ADRIENNE LYNNETTE WILSON

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO:   1-16-00322-RNO

ADRIENNE LYNNETTE WILSON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 24, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 24, 2017, the Debtor(s) is/are $3430.00 in arrears with a plan payment having last been made on Aug 28, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/  Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: October 24, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ADRIENNE LYNNETTE WILSON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

ADRIENNE LYNNETTE WILSON

CASE NO: 1-16-00322-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 24, 2017.

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

ADRIENNE LYNNETTE WILSON
2421 CLAYTON AVENUE
HARRISBURG, PA 17109

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 24, 2017