```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 16-00322-RNO
Adrienne Lynnette Wilson                                                                Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: LyndseyPr              Page 1 of 2                 Date Rcvd: Oct 25, 2017
                               Form ID: pdf010              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db             +Adrienne Lynnette Wilson,    2421 Clayton Avenue,    Harrisburg, PA 17109-6043
4745367        +BEAUFORT MANOR APARTMENTS,    4112 BEECHWOOD LANE #A,    HARRISBURG, PA 17112-2840
4745368        +BELCO COMMUNITY CU (for Notices),    449 EISENHOWER BLVD,    HARRISBURG, PA 17111-2301
4745369        +BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4765331        +Belco Community Credit Union,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
4745371        +CAP1/BSTBY,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
4745372         CB/BON,   BK NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4745375        +CLAIMANT,    C/O STATE FARM INCURANCE,    PROP E OFFICE CONC,    PO BOX 52250,
                 PHOENIX, AZ 85072-2250
4745378         DAUPHIN COUNTY COMMISSIONERS,    FRONT & MARKET STREETS,    HARRISBURG, PA 17108
4745379        +DENSIN WILSON,    2421 CLAYTON AVENUE,    HARRISBURG, PA 17109-6043
4745380        +DSNB MACYS,   BK NOTICES,    PO BOX 8053,    MASON, OH 45040-8053
4745381        +HARRISBURG GASTROENTEROLOGY,    4760 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-3744
4745382        +HAYT, HAYT & LANDAU,    123 S BROAD ST, STE 1660,    PHILADELPHIA, PA 19109-1003
4745383        +HUD HEADQUARTERS,    BANKRUPTCY NOTICES,    451 7TH STREET SW,    WASHINGTON, DC 20410-0001
4745386        +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                 MECHANICSBURG, PA 17055-0226
4745389        +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
                 HERSHEY, PA 17033-0853
4745390         MSHMC PHYSICIANS GROUP,    BILLING SERVICES,    PO BOX 854,    HERSHEY, PA 17033-0854
4745391        +PA CENTRAL FCU,    959 E PARK DR,    HARRISBURG, PA 17111-2894
4745392        +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
4745393        +PHELAN HALLINAN DIAMOND & JONES, LLP,    ONE PENN CTR PLAZA,    1617 JFK BLVD   STE 1400,
                 PHILADELPHIA PA 19103-1814
4745395         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4745396        +PROGRESSIVE INSURANCE,    5165 CHAMPUS DR, STE 100,    PLYMOUTH MEETING, PA 19462-1639
4745398         QUEST DIAGNOSTICS,    PO BOX 7306,    HOLLISTER, MO 65673-7306
4745400         SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
4745404        +TARGET/TD,   PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4745405        +TEK COLLECT,    PO BOX 1269,    COLUMBUS, OH 43216-1269
4745406        +TRISTAN RADIOLOGY SPECIALISTS PC,    4520 UNION DEPOSIT RD,    HARRISBURG, PA 17111-2910
4748020        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
4745407        +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4745408        +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                 DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700
4745409        +UNITED COLLECTION BUR INC,    5620 SOUTHWYCK BLVD   STE 206,    TOLEDO, OH 43614-1501
4752914        +WELLS FARGO BANK, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
4745410        +WELLS FARGO HOME MORTGAGE,    1 HOME CAMPUS,    BANKRUPTCY PAYMENT PROCESSING,    MAC# X2302-04c,
                 DES MOINES IA 50328-0001
4745411        +YORK CR BUREAU,    33 S DUKE STREET,    YORK, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4745370        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2017 19:02:12     CACH, LLC,
                 4340 S MONACO STREET UNIT 2,    DENVER, CO 80237-3485
4785459         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2017 19:02:27     CACH, LLC,
                 PO Box 10587,    GREENVILLE, SC  29603-0587
4745373        +E-mail/Text: dehartstaff@pamd13trustee.com Oct 25 2017 18:54:21      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4745374        +E-mail/Text: bk.notifications@jpmchase.com Oct 25 2017 18:54:03      CHASE AUTO FINANCE CORP,
                 NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE, AZ1-1191,    PHOENIX, AZ 85004-1071
4745376         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2017 18:54:07      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4745377         E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 25 2017 18:54:27
                 CREDIT COLLECTION SERVICES,    PO BOX 9134,    NEEDHAM, MA 02494-9134
4745384         E-mail/Text: cio.bncmail@irs.gov Oct 25 2017 18:54:00      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4777596         E-mail/Text: bk.notifications@jpmchase.com Oct 25 2017 18:54:03      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
4745387        +E-mail/Text: unger@members1st.org Oct 25 2017 18:54:26      MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
4745388        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2017 18:54:10      MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
4749095        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2017 18:54:10      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
4745394         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2017 19:13:35
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4787500         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2017 19:13:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4745397        +E-mail/Text: bankruptcynotices@psecu.com Oct 25 2017 18:54:24      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4745399        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 25 2017 18:54:16
                 STATE FARM INS CO,    BANKRUPTCY PROCESSING CORP SOUTH P-4,   3 STATE FARM PLAZA,
                 BLOOMINGTON, IL 61791-0001
4745401         E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2017 18:55:18      SYNCB/JCP,    BK NOTICES,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
4745402        +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2017 18:55:32      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4745403        +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2017 18:55:33      SYNCB/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
4797126        +E-mail/Text: bncmail@w-legal.com Oct 25 2017 18:54:15      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4745366         AUTUMN HILL
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC  29603-0587
4745385*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Adrienne Lynnette Wilson DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, NA jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Adrienne Lynnette Wilson karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Mario John Hanyon    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
              Thomas Song    on behalf of Creditor   Wells Fargo Bank, NA thomas.song@phelanhallinan.com
              Thomas I Puleo    on behalf of Creditor   JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Adrienne Lynnette Wilson**

| | |
|---|---|
| **Chapter:** | 13 |
| **Case No.:** | 1:16-bk-00322-RNO |
| **Document No.:** | 71 |

Debtor(s)

## ORDER DISMISSING CASE

IT IS ORDERED that the above-named case is hereby dismissed for debtor(s) failure to comply with Order dated February 2, 2017.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

October 25, 2017

Order Dismissing Case 9/17